UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.G., a minor by and through her Parents J.G. and C.G., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. **2:24-cv-00663-BAT** <br><br> **ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE** |

On June 18, 2024, Defendant moved to modify the Court's briefing schedule to provide the parties sufficient time to fully address the merits of appeal herein. Dkt. 8. Defendant also requests the Court to expand the briefing page limits because the matter is complex, and to require Plaintiff to file an opening brief because Plaintiff's complaint neither identifies the specific issues to be reviewed, or the grounds upon which Plaintiffs contend the ALJ erred. *Id*. Plaintiff has not responded to Defendant's motion which was noted for July 2, 2024, and the matter is thus ready for the Court's review.

The Court finds Defendant has made a good cause showing to modify the original scheduling order, Dkt. 7, and ORDERS:

1. Defendant's motion to modify the briefing schedule, Dkt. 7, is GRANTED.

2. Plaintiff shall file an opening brief or motion due 45 days after entry of this order,

ORDER GRANTING MOTION TO MODIFY
BRIEFING SCHEDULE - 1

not to exceed 48 pages.

3. Defendant's opposition and any cross-motion is due 30 after Plaintiff's opening brief or motion is filed, not to exceed 48 pages.

4. Plaintiff's opposition and reply is due 20 days after Defendant's opposition and cross-motion, not to exceed 20 pages.

5. Defendant's reply is due 20 days after Plaintiff's opposition and reply are filed, not to exceed 20 pages.

The Court reserves the issues of Plaintiff's entitlement to attorney's fees, if any, following the Court's ruling the merits of the parties' appeals.

DATED this 3rd day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge